UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-190-F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAVIS LAMONT SPEIGHT | **ORDER TO SEAL** |

On motion of the Defendant, Travis Lamont Speight, and for good cause shown, it is hereby ORDERED that [DE 42 and DE 43] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 5th day of September, 2012.

_____
JAMES C. FOX
Senior United States District Judge